IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ADAM J. MICHAUD,                    )
                                    )
          Plaintiff,                )
                                    )
     v.                             )          CIVIL ACT. NO. 1:19-cv-1018-ECM
                                    )                      (WO)
HOUSTON COUNTY, *et al.*,            )
                                    )
          Defendants.               )

## MEMORANDUM OPINION and ORDER

On January 27, 2020, the Magistrate Judge entered a Recommendation (doc. 4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to file the necessary financial information as ordered by the Court.

A separate Final Judgment will be entered.

Done this 11th day of March, 2020.


          _____/s/ Emily C. Marks_____
          EMILY C. MARKS
          CHIEF UNITED STATES DISTRICT JUDGE